UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ROOSEVELT DEVAIL GRAY, | ) | CASE NO. 4:05 CV 988 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| KELLEH KONTEH, | ) | |
| | ) | |
| Respondent. | ) | |

This action was summarily dismissed on June 13, 2005, on the ground that it was untimely under 28 U.S.C. § 2244(d)(1), and the court certified that there was no basis on which to issue a certificate of appealability. On June 24, 2005, petitioner filed an "Objection" to the denial of the certificate of appealability.

There is nothing contained in the Objection which would alter this court's conclusion that there is no basis on which to issue a certificate of appealability. Accordingly, the Objection is denied. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this order could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed. R. App. P. 22(b); 28 U.S.C. § 2253.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 8/12/05